☒ FILED ☐ LODGED
Mar 30 2023
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

CLIENT AUTHORIZATION PURSUANT TO LRCiv 83.4

I, ~~Kevin Kent~~ Adela Baez,

consent to be represented and assisted by:

Kevin Kent,

a University of Arizona College of Law student certified under Local Rule of Civil Procedure 83.4 of the United States District Court, District of Arizona, in the following matter:

United States v. Baez    23-05815MJ

I understand that the above named law student will be supervised in all work performed by the student on my behalf by:

Greg Berger,

who is a member of the Arizona state Bar and who gives consent to this representation. I further understand that I can withdraw this consent at any time.

*[signature]*
Client's Name:

*[signature]*
Supervising Attorney's Name:

*[signature]*
Law Student's Name:

Date: 3/30/2023